# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT DEEMER

NO. 2021 KW 1029

**DECEMBER 6, 2021**

---

In Re:    Robert Deemer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02019.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**GH**

**WRC**

**Guidry, J.,** concurs and would deny the writ application on the showing made. Relator failed to include a copy of the bill of information, any pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT